UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JESSIE LEE ISON,

Plaintiff,

v.

FT. VILLA INCORPORATION,
NEW BEGINNING REALATOR PROPERTY - MANAGMENT,
MERRILL AND MERRILL INSURANCE,
J.D. PIZZOLA State Farm Agent,
MOLD LAW GROUP CONSULTING,

Defendants.

No. 2:26-cv-00196-JPH-MKK

**FINAL JUDGMENT**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. Plaintiff's federal claims are **DISMISSED with prejudice**, and his state-law claims are **DISMISSED without prejudice**.

**SO ORDERED.**

Date: 10/20/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Carina Weed
Deputy Clerk, U.S. District Court

Distribution:

JESSIE LEE ISON
42168
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802